IN THE UNITED STATES District Court
Northern District of Illinois
Eastern Division

United States of America )
v. ) 19 CR 326
Robert M. Kowalski )
Jan Kowalski )

Motion to Request Judicial Recusal

Now comes Robert M. Kowalski, (prose), in support of his motion states as follows:

(1) The judicial Recusal statute is 28 USC 455. It provides:
 a) Any justice, justice, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might be reasonably questioned.
 b) he shall also disqualify himself in following circumstances:
  (1) where he has a personal bias or prejudice concerning a party.

(2) The Supreme Court clarified that recusal was warranted where: "deep seated favoritism or Antagonism that would make fair judgement impossible", Liteky v United States 510 U.S. 555 (1994).

(3) Defendant has Constitution right to an impartial Judge

(4) Defendant Robert Kowalski has previously appeared before Judge Kendall in Kowalski v. Bolicker 893 F3d 987 (2018).

(5) IN that case Judge Kendall: a) would not listen to defendant before the deadline date provided for submission of defendant's Brief. b) set a briefing schedule for all parties c.) dismissed case

(1)

6.) The single most important quality in a judge is the capacity to Listen.

7.) The Seventh circuit court of appeals reversed portions of Judge Kendall's ruling being critical at times.

8.) In light of the seriousness of the criminal charges and in an abundance of caution one might reasonably question the impartiality, bias, or prejudice of Judge Kendall.

9.) This proceeding is at an early stage. No substantial ruling or order has yet to issue. Defendant

Wherefore, Robert M. Kowalski, defendant, respectfully requests this court enter an order:

A.) Transferring this case to another judge

B.) And for all such further relief as this court deems just + equitable.

Respectfully Submitted

Robert M. Kowalski

X _____

Robert M. Kowalski, defendant Attorney