# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                                             Case No.: 1:19−cr−00226
                                                                             Honorable Virginia M. Kendall

Jan R Kowalski, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 29, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Jan R Kowalski. In Court Status hearing held on 11/29/2021. The Government advised they have received documents and records from the Divorce Receiver that Defendant Jan Kowalski is requesting. Defendant Robert Kowalski objects on the grounds they may contain material covered by attorney−client privilege. Defendant Robert Kowalski is given until 1/21/2022 to review records and assert privilege over records he believes should be withheld on the basis of attorney−client privilege. In Court Status hearing set for 1/24/2022 at 12:00 PM. By agreement of Parties and pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 12/7/2021 for the filing and review of Pretrial Motions. Status hearing set for 12/7/2021 is stricken. Mailed notice (lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.