UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 19 CR 226-2 |
| | ) |
| JAN R. KOWALSKI, | ) Judge Kendall |
| | ) |
| Defendant. | ) |

**AGREED MOTION FOR TURNOVER OF FUNDS**

The United States of America, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, and defendant Jan R. Kowalski, by William S. Stanton, Attorney for Kowalski, jointly move for the turnover of seized funds and in support states as follows:

1. Kowalski was arrested by federal law enforcement officers in 2019, and funds in the approximate amount of $3,000 in her possession were seized by the officers. Dkt. 1178 at ¶ 1. The funds have remained in law enforcement's possession since that time.

2. The court entered an amended restitution judgment against Kowalski on July 12, 2023, for $357,492.92. Dkt. 1090. Kowalski was initially ordered to report to a federal prison on September 26, 2023. *Id.*

3. The Bureau of Prisons subsequently told Kowalski to report to Federal Prison Camp Alderson, which is located in West Virginia. Dkt. 1178 at ¶ 5. Kowalski does not have the funds to travel to West Virginia. Kowalski filed a motion on September 21, 2023, requesting an extension of the surrender date so that the parties could reach an agreement for a portion of the seized funds to be returned to Kowalski for the cost of travel to FPC Alderson and the remainder to be applied to Kowalski's restitution judgment. Dkt. 1185. The court granted the motion and extended Kowalski's surrender date to October 27, 2023. Dkt. 1187.

4. The parties have agreed that $500 of the approximately $3,000 held in the United States' possession will be returned to Kowalski to enable her to purchase a plane ticket to FPC Alderson. The remainder of the funds will be turned over to the Clerk of Court, to be applied to Kowalski's outstanding restitution judgment. The funds are to be submitted to Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. If payment is by certified check or money order, the name "Jan R. Kowalski" and the case number 19 CR 226-2 are to be written on the face of the check.

WHEREFORE, the parties request entry of a turnover order directing that, of the $3,000 held in the United States' possession, $500 is to be returned to Kowalski and the remainder of the funds will be turned over to the Clerk of the Court, to be applied to Kowalski's outstanding restitution judgment.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Beth A. Clukey
    BETH A. CLUKEY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-886-1325
    beth.clukey@usdoj.gov

ATTORNEY FOR JAN KOWALSKI

s/ William S. Stanton
WILLIAM S. STANTON
53 W. Jackson Blvd.
Suite 1062
Chicago, Illinois 60604
(773) 412-4551