UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | No. 19 CR 226-2 |
| ) | |
| JAN R. KOWALSKI, ) | Judge Kendall |
| ) | |
| Defendant. ) | |

## TURNOVER ORDER

This matter is before the court on the parties' agreed motion for the turnover of funds. The court has reviewed the motion and finds as follows:

1. Defendant Jan Kowalski was arrested by federal law enforcement officers in 2019, and funds in the approximate amount of $3,000 in her possession at the time were seized by the officers. The funds have remained in law enforcement's possession since that time.

2. The court entered an amended restitution judgment against Kowalski on July 12, 2023, for $357,492.92. Kowalski was initially ordered to report to a federal prison on September 26, 2023.

3. The Bureau of Prisons subsequently told Kowalski to report to Federal Prison Camp Alderson, which is located in West Virginia. Kowalski does not have the funds to travel to West Virginia. Kowalski filed a motion on September 21, 2023, requesting an extension of the surrender date so that the parties could reach an agreement for a portion of the seized funds to be returned to Kowalski for the cost of travel to FPC Alderson and the remainder to be applied to Kowalski's restitution judgment. The court granted the motion and extended Kowalski's surrender date to October 27, 2023.

4. The parties have agreed that $500 of the approximately $3,000 held in the United States' possession will be returned to Kowalski to enable her to purchase a plane ticket to FPC Alderson. The remainder of the funds will be turned over to the Clerk of Court, to be applied to Kowalski's outstanding restitution judgment. The funds are to be submitted to Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. If payment is by certified check or money order, the name "Jan R. Kowalski" and the case number "19 CR 226-2" are to be written on the face of the check.

Accordingly, it is hereby,

ORDERED that the United States shall return $500 of the approximately $3,000 seized from Kowalski at the time of her arrest in 2019 and shall submit the remainder of the funds to the Clerk of the Court to be applied to Kowalski's outstanding restitution judgment.

E N T E R:

_____
Virginia M. Kendall, United States District Judge

Date  10/13/2023